IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DUYEN PHAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DC CONTROLS, INC. and )<br>DAVID P. EDELBROCK, )<br>INDIVIDUALLY, )<br>)<br>Defendants. ) | Civil Action No. 3:17-CV-0439 |

## AGREED JUDGMENT

On this day, came to be considered this cause and the agreement of Plaintiff, Duyen Phan ("Phan"), and Defendants, DC Controls, Inc. and David P. Edelbrock ("Defendants"). The Court, having read the pleadings and papers on file, and having received confirmation of the agreement of the parties to the entry of this judgment, concludes that Plaintiff is entitled to a judgment as set out herein. Based on representations to the Court, the Court finds that Defendants are indebted to Phan in the sum of $12,681.06 (TWELVE THOUSAND, SIX HUNDRED EIGHTY-ONE DOLLARS AND SIX CENTS). The Court finds that the Agreed Judgment is appropriate, meritorious, and should, in all ways, be GRANTED.

Based upon sufficient evidence presented to the Court and the agreement of the Parties, the Court finds that the Plaintiff is entitled to a judgment for actual damages of $7,153.56 (SEVEN THOUSAND, ONE HUNDRED AND FIFTY-THREE DOLLARS AND FIFTY-SIX CENTS). The Court also finds that Phan is entitled to recover reasonable attorney's fees from the Defendants, which the Court finds to be $5,527.50 (FIVE THOUSAND, FIVE HUNDRED

AND TWENTY-SEVEN DOLLARS AND FIFTY CENTS) and court costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff, Duyen Phan, have and recover of and from Defendants, DC Controls, Inc. and David P. Edelbrock, the sum of $12,681.06 (TWELVE THOUSAND, SIX HUNDRED EIGHTY-ONE DOLLARS AND SIX CENTS).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all court costs shall be taxed to the Defendants. All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable. The Parties are allowed such writs and processes as may be necessary in the enforcement and/or collection of this Judgment.

SIGNED this 24 day of October, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

Agreed:

_____
RAY MURPHY
State Bar No. 00791324
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
214-544-4000 (phone)
214-544-4040 (fax)
ATTORNEY FOR DEFENDANTS


_____
DOUGLAS B. WELMAKER
Attorney-in-Charge
State Bar No. 00788641
DUNHAM & JONES, P.C.
1800 Guadalupe Street
Austin, Texas 78701
Tel: (512) 777-7777
Fax: (512) 340-4051
E-Mail: doug@dunhamlaw.com
**SCOTTY JONES**
State Bar No. 00796848
DUNHAM & JONES, P.C.
1110 E. Weatherford Street
Fort Worth, Texas 76102
Tel: (817) 888-8888
Fax: (817) 810-0050
E-Mail: sjones@dunhamlaw.com
ATTORNEYS FOR PLAINTIFF